■ LEONARD BLACKWOOD v. CHEMICAL CORN EXCHANGE BANK.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., Rabin, Frank, Valente and McNally, JJ. [See 4 A D 2d 656.]

■ In the Matter of FIFTH AVENUE REALTY ·CORP. against ROBERT C. WEAVER, as State Rent Administrator.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Rabin, J. P., Frank, Valente and McNally, JJ. [See 4 A D 2d 1012.]

■ In the Matter of FIFTH AVENUE REALTY CORP. against ROBERT C. WEAVER, as State Rent Administrator.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Rabin, J. P., Frank, Valente and McNally, JJ. [See 4 A D 2d 1012.]

■ In the Matter of 30 FIFTH AVENUE, INC. against ROBERT C. WEAVER, as State Rent Administrator.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Frank, Valente and McNally, JJ. [See 4 A D 2d 1012.]

■ In the Matter of the Accounting of LEIGH A. ELKINGTON, as Executor of MARIO MALERBA, Deceased. KURT MALERBA; LUIGI MALERBA et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Frank, McNally and Bastow, JJ. [See 4 A D 2d 938.]

■ JOSEPH M. LYNCH et al., v. ARPAD PLESCH et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. The stay contained in the order to show cause, dated November 29, 1957, is vacated. Concur — Botein, P. J., Breitel, Frank and McNally, JJ. [See 4 A D 2d 945.]

■ BERNARD SHOR v. SHERMAN BILLINGSLEY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and McNally, JJ. [See 4 A D 2d 1017.]

■ ANNA FELDMAN, as Executrix of MAX FELDMAN, Deceased, v. IRVING BRODSKY.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Valente, Bergan and Bastow, JJ. [See 4 A D 2d 1035.]

■ In the Matter of SIPAL REALTY CORPORATION. MARTIN L. DANKERS et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ. ['See ante, p. 84.]

■ IRVING STEINLAUF v. FORSYTH ESTATES, INC., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs, and the stay contained in the order to show cause dated January 3, 1958 is vacated. Concur — Botein, P. J., Rabin, Frank, Valente and McNally, JJ. [See 4 A D 2d 1020.]

■ DEVENCO, INCORPORATED, v. MILTON L. SNOW.— Application granted, with $10 costs, and the stay contained in the order to show cause dated December 6, 1957 is continued pending the hearing and determination of ·the appeal to this court on condition that the appellant pays to the landlord the rent for the premises during the pendency of said appeal. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ REALTY PARKING INC. v. THOMAS LOSPENUSO.— Application denied, with $10 costs, and the stay contained in the order to show cause dated December 11, 1957 is vacated. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.